# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1349
_____

Brian Lee Walker

*Plaintiff - Appellant*

v.

Tim Ryals, Sheriff, Faulkner County; Chad Wooley, Chief Deputy, Faulkner
County Sheriff's Office; Jonathan Barnat, Corporal, Faulkner County Detention
Center; Douglas Huett, Officer, Faulkner County Detention Center

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: March 24, 2025
Filed: April 23, 2025
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Brian Walker appeals the district court's[1] adverse grant of partial summary judgment and adverse jury verdict in his 42 U.S.C. § 1983 action. After careful review of the record and Walker's arguments on appeal, we find no basis for reversal. *See Jessie v. Potter*, 516 F.3d 709, 712 (8th Cir. 2008) (de novo review of grant of summary judgment); *Greyhound Lines, Inc. v. Wade*, 485 F.3d 1032, 1035 (8th Cir. 2007) (abuse of discretion review of decision on spoliation sanction); *Lawrey v. Good Samaritan Hosp.*, 751 F.3d 947, 952 (8th Cir. 2014) (abuse of discretion review of decision on motion in limine); *see also Westcott v. Crinklaw*, 133 F.3d 658, 662 (8th Cir. 1998) (absent exceptional circumstances, adequacy of jury verdict must first be presented to trial court in motion for new trial to preserve issue for review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).